**Electronically Filed
Supreme Court
SCPW-13-0000637
28-JUN-2013
08:59 AM**

SCPW-13-0000637

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

GERALD VILLANUEVA, Petitioner,

vs.

STATE OF HAWAIʻI, Respondent.

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of petitioner Gerald Villanueva's "Declaration of Independence of 1776 Oath of Allegiance to the Republic of Hawai[ʻ]i", which was filed on May 3, 2013, and which we review as a petition for a writ of habeas corpus, the supporting documents and the record, it appears that habeas corpus relief is available to petitioner in the circuit court and petitioner presents no special reason for the supreme court to invoke its original jurisdiction at this time. See Oili v. Chang, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976). Accordingly,

IT IS HEREBY ORDERED that the clerk of the appellate court shall process the petition for a writ of habeas corpus without payment of the filing fee.

IT IS HEREBY FURTHER ORDERED that the petition for a writ of habeas corpus is denied.

DATED: Honolulu, Hawai‘i, June 28, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

